IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**GARY W. BENTON**                                                                           **PETITIONER**
**ADC#085522**

VS.                          CASE NO.: 5:13CV00396 KGB/BD

**RAY HOBBS, Director,**
Arkansas Department of Correction                                            **RESPONDENT**

## ORDER

Mail for petitioner Gary W. Benton has been returned as undeliverable. (Docket entries #6 and #7) The listed reason for the failed delivery is "Attempted-Not Known." A search of the Arkansas Department of Correction inmate population shows Mr. Benton as residing at the address he provided. He did, however, misprint his inmate number.

The Clerk is instructed to change the docket from the incorrect ADC #088552 to the correct ADC #085522. The Clerk is directed to resend the mail that was not delivered to Mr. Benton.

DATED this 5th day of February, 2014.

_____
UNITED STATES MAGISTRATE JUDGE