IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**GARY W. BENTON**                                                                                             **PETITIONER**
**ADC#085522**

v.                          Case No. 5:13-cv-00396-KGB/BD

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                                   **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, Gary Benton's 28 U.S.C. § 2254 petition for writ of habeas corpus is denied and dismissed with prejudice (Dkt. No. 2).

SO ADJUDGED this the 18th day of February, 2015.

_____
Kristine G. Baker
United States District Judge